**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LINDA SHAFFER,**

    **Plaintiff,**

**v.**                               **Case No.:8:18-cv-00853-SCB-CPT**

**INDEPENDENT ADMINISTRATIVE**
**SERVICES, LLC, et al.,**

    **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on December 10, 2018. Plaintiff and her trial counsel, and Defendants' corporate representative and trial counsel attended and participated.

    The case has been completely settled.

    Done December 10, 2018 in Tampa, Florida.

                                Respectfully submitted,

                                /s/ Peter J. Grilli
                                Peter J. Grilli, Esq.
                                Florida Bar No. 237851
                                Mediator
                                3001 West Azeele Street
                                Tampa, Florida 33609
                                813.874.1002     Fax: 813.874.1131
                                email: peter@grillimediation.com

    I HEREBY CERTIFY that December 10, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                /s/ Peter J. Grilli
                                Peter J. Grilli, Esq.